IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE BRYANT,

    Plaintiff,

vs.                           CASE NO.: 4:09cv447-SPM/WCS

TAUL ENTERPRISES INC,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT**

This cause comes before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal (doc. 17). The Parties were represented by their respective attorneys throughout the litigation and settlement process. The settlement represents a reasonable compromise of disputed issues. Accordingly, it is

    ORDERED AND ADJUDGED as follows:

    1.    The Motion for Approval of Settlement Agreement (doc. 17) is granted.

    2.    The settlement agreement is approved.

    3.    This case is ***dismissed with prejudice***.

DONE AND ORDERED this <u>first</u> day of March, 2011.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge